IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | CR. NO.: 17-10003-2-STA |
| COURTNEY COOPER, | * | |
| Defendant. | * | |

ORDER GRANTING MOTION FOR CHANGE OF PLEA HEARING AND SETTING CHANGE OF PLEA HEARING

Upon Motion of the Defendant herein and for good cause shown, this matter is here by **SET FOR A CHANGE OF PLEA HEARING** on: **TUESDAY, AUGUST 8, 2017** at **10:00am**.

IT IS SO ORDERED, this the 1st day of August, 2017.

s/S. Thomas Anderson
HONORABLE S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE