**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:17-10003-STA-2 |
| COURTNEY COOPER, ) | |
| Defendant. ) | |

**ORDER ON CHANGE OF PLEA**
**AND NOTICE OF SETTING**

This cause came to be heard on October 23, 2017, Assistant United States Attorney, Beth Boswell, appearing for the Government and the defendant, Courtney Cooper, appearing in person, and with counsel, Dianne Smothers.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, JANUARY 16, 2018 at 11:00 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 23rd day of October, 2017.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT