IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| UNITED STATES OF AMERICA, | * | |
|---|---|---|
| Plaintiff, | * | |
| vs. | * | CR. NO.: 17-10003-STA |
| COURTNEY COOPER, | * | |
| Defendant. | * | |

## ORDER CONTINUING SENTENCING AND NOTICE OF RESETTING

Upon Motion of the Defendant herein and for good cause shown, and there being no opposition by the government, the sentencing shall be continued.. It shall be reset for the **16th day of April, 2018 at 9:00 a.m.** *Absent exceptional circumstances, no further continuances will be granted.*

IT IS SO ORDERED, this the 27th day of March, 2018.

s/ S. Thomas Anderson
HONORABLE S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE